

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2021

No. 04-20-00486-CR

Jemadari Chinua **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B19-346
Honorable Rex Emerson, Judge Presiding

## O R D E R

The State has filed a response to appellant's motion to compel service of the State's brief, stating the brief was mailed to appellant by regular United States mail on April 20, 2021. In addition, a copy of the brief was sent to appellant by Federal Express (Tracking No. 807029006059) on May 10, 2021. We grant appellant's motion for extension of time to file a reply brief and order the brief filed by June 9, 2021.

It is so **ORDERED** on May 10, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court